678

No. 955. FRANKLIN *v.* CHALAIRE. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frank E. Hinckley* and *Wm. H. Lawrence* for petitioner. *Messrs. Warren Olney, Jr., Farnham P. Griffiths,* and *Walter Chalaire* for respondent.

No. 958. ANRAKU *v.* GENERAL ELECTRIC Co.; and

No. 959. PACIFIC IMPORTING CO. ET AL. *v.* SAME. May 18, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. J. Calvin Brown* and *Charles C. Montgomery* for petitioners. *Messrs. Charles Neave* and *Hubert Howson* for respondent.

No. 1014. COSSACK *v.* UNITED STATES. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Loeb L. Cossack, pro se.* No appearance for the United States.

No. 1017. DORRANCE ET AL. *v.* MARTIN, STATE TAX COMMISSIONER; and

Nos. 1018 and 1055. CAMDEN SAFE DEPOSIT & TRUST CO. ET AL. *v.* SAME. May 25, 1936. Petitions for writs of certiorari to the Court of Errors and Appeals of New Jersey denied. MR. JUSTICE STONE took no part in the consideration and decision of these applications. *Mr. Wm. A. Schnader* for petitioners in No. 1017. *Mr. Merritt Lane* for petitioners in Nos. 1018 and 1055. *Messrs. George S. Hobart* and *Duane E. Minard* for respondent.